No. 93–1295. SPALETTA v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–1304. McVAY v. PARRISH. C. A. 5th Cir. Certiorari denied.

No. 93–1311. BURCHILL v. KISH ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–1352. EDWARDS v. WILSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–6257. CULVER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93–6635. REED v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–6900. METZGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7067. HASSAN EL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7299. RICHARDSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–7315. FAVORITO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7346. LAYNE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7355. COBLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7404. SAMRICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7623. MILLAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7652. DAVIS v. RESOLUTION TRUST CORPORATION ET AL. Ct. App. Ga. Certiorari denied.